IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAAL GITTENS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JUDGE MELISSA T. PAVLACK** | : | **NO. 20-683** |

## ORDER

**NOW**, this 22nd day of July, 2020, upon consideration of Plaintiff Jamaal Gittens's motion to proceed *in forma pauperis* (Doc. No. 1) and his *pro se* Complaint, it is **ORDERED** that:

1. Pursuant to 28 U.S.C. § 1915, plaintiff is **GRANTED LEAVE** to proceed *in forma pauperis*.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.